**DISMISSED and Opinion Filed February 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01404-CV

**APPALACHIAN BASIN MINERALS, LP, BRIGHAM MINERALS, LLC, CARROLLTON MINERAL, PARTNERS III, LP, CARROLLTON MINERAL PARTNERS III-B, LP, CIC MINERALS, LP, HDBC INVESTMENTS, LIMITED, MCCROW ENERGY PARTNERS II, LLC, PENNMARC RESOURCES, LP, PENNMARC RESOURCES II, LP, AND WILDES MINERAL INTERESTS, LLC, AND SHEPHERD ROYALTY, LLC, Appellants**
**V.**
**BRENCO OIL, INC., ELLICOTT, INC., MICHAEL D. SCHREINER, MICHAEL RAVEN, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06199**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' Joint Motion to Dismiss All Claims and Parties With Prejudice. We grant the motion. Pursuant to the parties' agreement, we vacate the trial court's judgment without regard to the merits, dismiss this proceeding with prejudice, dismiss the underlying proceeding with prejudice, and order that each party bear its own costs and expenses. TEX. R. APP. P. 42.1(a)(2).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181404F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

APPALACHIAN BASIN MINERALS, LP,
BRIGHAM MINERALS, LLC,
CARROLLTON MINERAL, PARTNERS
III, LP, CARROLLTON MINERAL
PARTNERS III-B, LP, CIC MINERALS,
LP, HDBC INVESTMENTS, LIMITED,
MCCROW ENERGY PARTNERS II,
LLC, PENNMARC RESOURCES, LP,
PENNMARC RESOURCES II, LP, AND
WILDES MINERAL INTERESTS, LLC,
AND SHEPHERD ROYALTY, LLC,
Appellants

No. 05-18-01404-CV          V.

BRENCO OIL, INC., ELLICOTT, INC.,
MICHAEL D. SCHREINER, MICHAEL
RAVEN, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-06199.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **GRANT** the parties' Joint Motion to Dismiss All Claims and Parties With Prejudice, **VACATE** the trial court's judgment without regard to the merits, **DISMISS** this proceeding with prejudice, and **DISMISS** the underlying proceeding with prejudice. It is **ORDERED** that each party bear its own costs and expenses.

Judgment entered February 13, 2019.